NUMBER 13-03-156-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI


__________________________________________________________________


ABEL RODRIGUEZ , Appellant,



v.




THE STATE OF TEXAS, Appellee.

__________________________________________________________________



On appeal from the 105th District Court 

of Nueces County, Texas.

___________________________________________________________________



MEMORANDUM OPINION



Before Justices Rodriguez, Castillo, and Kennedy (1)

Opinion Per Curiam




 Appellant, ABEL RODRIGUEZ , attempted to perfect an appeal from a judgment entered by the 105th District Court of
Nueces County, Texas. Sentence in this cause was imposed on January 15, 2003 . The notice of appeal was due to be
filed on February 14, 2003 , but was not filed until February 28, 2003 . Said notice of appeal is untimely filed. Appellant
filed an untimely motion to permit late filing of the notice of appeal on March 18, 2003 .

 Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension of time for filing notice of appeal if such
notice is filed within fifteen days of the last day allowed and within the same period a motion is filed in the court of
appeals reasonably explaining the need for such extension. Appellant failed to file his notice of appeal and a motion
requesting an extension of time within such period. 

 The Court, having considered the documents on file, appellant's failure to timely perfect his appeal, and appellant's
untimely motion, is of the opinion that the appeal should be dismissed for want of jurisdiction. Appellant's untimely
motion to permit late filing of notice of appeal is denied for want of jurisdiction. The appeal is hereby DISMISSED FOR
WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 10th day of April, 2003 .

1. Retired Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme Court of Texas
pursuant to Tex. Gov't Code Ann. § 74.003 (Vernon 1998).